**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-2169**

JERRY SANDERS FONTAINE,

Plaintiff - Appellant,

versus

DANVILLE POLICY AND MANAGEMENT BOARD MEMBERS
AND EXECUTIVE STAFF; LARRY HILL, Reverend;
GEORGE SUPENSKY; DEBBIE STRANGE,

Defendants - Appellees,

and

GWENDOLYN EDWARDS; WILLIAM THOMAS, Reverend;
GERALD TODT,

Defendants.

Appeal from the United States District Court for the Western District of Virginia, at Danville. Jackson L. Kiser, Senior District Judge. (CA-94-49-D)

Submitted: August 5, 1997          Decided: October 9, 1997

Before HAMILTON and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jerry Sanders Fontaine, Appellant Pro Se. William Fain Rutherford, Jr., Todd Albin Leeson, FLIPPIN, DENSMORE, MORSE, RUTHERFORD & JESSEE, Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry S. Fontaine appeals from the district court's order deciding his myriad employment discrimination claims in favor of the Appellees. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court.[*] <u>Fontaine v. Danville Policy and Management Bd. Members and Executive Staff</u>, No. CA-94-49-D (W.D. Va. Oct. 27, 1994; Mar. 28, 1995; July 24, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] We deny Fontaine's motion for production of transcripts at government expense as well his motion to file an amended complaint. We likewise deny Appellees' motion for sanctions under Fed. R. App. P. 38.